**Order filed, February 08, 2017.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-16-00972-CV**

_____

## IN THE ESTATE OF ANNIE RUTH DANFORD. DECEASED, Appellant

---

**On Appeal from the County Court at Law No 2 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. PR36600**

---

## ORDER

The reporter's record in this case was due **January 09, 2017**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sarah Caldwell**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM